UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARCH INSURANCE COMPANY, | : | |
| Plaintiff, | : | No. 5:15-cv-1223 |
| v. | : | |
| | : | |
| TECHNOLOGICAL INVESTMENTS, LLC, | : | |
| MEDI FRIDGE, WELLNESSTEK, | : | |
| TECHNOLOGICAL INVESTMENTS, | : | |
| TRM EMERGENCY VEHICLES, and | : | |
| BOUND TREE MEDICAL, LLC | : | |
| Defendants. | : | |

**O R D E R**
**Defendants Technological Investments, LLC, and Wellnesstek, LLC's Motion to Dismiss**

**AND NOW**, this 31st day of March, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Dismiss of Defendants Technological Investments, LLC, and Wellnesstek, LLC for lack of personal jurisdiction, ECF No. 25, is **GRANTED**; and

2. Defendants Technological Investments, LLC, Wellnesstek, LLC, Technological Investments, and MediFridge are **TERMINATED** as parties to this action

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge